STATE OF CONNECTICUT *v.* THADDEUS BALL

STATE OF CONNECTICUT *v.* WILLIAM M. WALDIE

KING, C. J., ALCORN, HOUSE, THIM and RYAN, Js.

Argued December 10, 1969—decided January 21, 1970

*James W. Marshall,* with whom, on the brief, was *Fred H. White,* special public defender, for the appellants (defendants).

*Peter W. Gillies,* special assistant state's attorney, for the appellee (state).

PER CURIAM. A decisive issue on these appeals is the legality of the search of an automobile and the seizure of liquor discovered during the search. The court failed to make a finding as to the facts on which it based its conclusion that the search and the seizure were valid. The record is therefore inadequate for a determination of the legality of the search and seizure.

There is error in each case, the judgments are set aside and a new trial is ordered in each case.